In the Matter of the Will of CHARLES H. RATHBONE, Deceased.

CHARLES H. RATHBONE, III, et al., Appellants and Respondents; ORRIN R. JUDD et al., as Executors of CHARLES H. RATHBONE, Deceased, et al., Respondents.

Argued November 25, 1941; decided January 8, 1942.

*Vermont Hatch* and *Dudley Miller* for Martha M. Rathbone, as general guardian of Charles H. Rathbone, III, appellant and respondent.

*John A. Dutton* and *Leone Pecoraro* for Santa Fe Lodge of Perfection No. 1, et al., appellants and respondents.

*Harold R. Medina, John Preston Phillips* and *John W. Jordan* for Syria Temple and Syria Improvement Association, appellants and respondents.

*Rutherford S. Moorhead* for Imperial Council of the Ancient Arabic Order of the Nobles of the Mystic Shrine for North America (an Iowa corporation), appellant and respondent.

*John D. Armstrong* for Imperial Council Ancient Arabic Order of the Nobles of the Mystic Shrine for North America (a Colorado corporation), appellant and respondent.

*Edward I. Devlin, Jr.,* and *William J. Bolte* for Northern Star Lodge No. 555, Free and Accepted Masons, appellant and respondent.

*Edward I. Devlin, Jr.,* and *William J. Bolte* for Trinity Commandery No. 58, Knights Templar, of Bradford, Pennsylvania, appellant and respondent.

*Edward I. Devlin, Jr.,* and *William J. Bolte* for Bradford Lodge No. 234, Benevolent and Protective Order of Elks of the United States of America, and Elks Club, Bradford Lodge No. 234, Benevolent and Protective Order of Elks of the United States of America, appellant and respondent.

*Dermod Ives, Michael F. Dee, Orrin G. Judd, Howell D. Boyd* and *Archibald A. Patterson* for Orrin R. Judd et al., as executors of Charles H. Rathbone, deceased, respondents.

*Thomas B. Gilchrist* and *Hampton D. Ewing, Jr.,* for Salvation Army, respondent.

*B. I. deYoung, Bernard S. Barron, Robert Rockmore* and *George P. Halperin* for Masonic Home of Pennsylvania, respondent.

Order affirmed, with costs to each party filing a brief payable out of the estate; no opinion. (See 287 N. Y. 847.)

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.